**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **3:06-CR-133** |
| | ) | **JUDGE SHIRLEY** |
| **JERRY DOUG ELLIS** | ) | |

**O R D E R**

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Lois M. DeBerry Special Needs Facility, 7575 Cockrill Bend Boulevard, Nashville, Tennessee 37209, to bring Jerry Doug Ellis, before this Court at Knoxville, Tennessee, on April 12, 2007, at 9:30 a.m., for Pretrial Conference, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Lois M. DeBerry Special Needs Facility, 7575 Cockrill Bend Boulevard, Nashville, Tennessee 37209.

And it is further ordered that in the event the Warden of said Lois M. DeBerry Special Needs Facility, 7575 Cockrill Bend Boulevard, Nashville, Tennessee 37209, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Jerry Doug Ellis, into his custody and transport him to and from said Lois M. DeBerry Special Needs Facility, 7575 Cockrill Bend Boulevard, Nashville, Tennessee 37209, and this Court for the aforesaid purpose.

This Order nullifies the previous Order [Doc. 24] issuing a writ of habeas corpus ad prosequendum for Jerry Doug Ellis to the Warden of the Charles Bass Correctional Complex.

APPROVED FOR ENTRY:


___s/ C. Clifford Shirley, Jr.___
United States Magistrate Judge